UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
MARIO MARTINEZ, pro se,

                            Petitioner,

    -against-

WILLIAM PHILLIPS,

                            Respondent.
-----------------------------------------------------------------X

JUDGMENT
03-CV- 2673 (DLI)

      An Order of Honorable Dora L. Irizarry, United States District Judge, having been filed on March 3, 2006, adopting the Report and Recommendation of Magistrate Judge Lois Bloom, dated October 20, 2004, after a *de novo* review of the record; and denying the petition for a writ of habeas corpus; it is

      ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Lois Bloom is adopted in its entirety; and that the petition for a writ of habeas corpus is denied.

Dated: Brooklyn, New York
         March 03, 2006

                                                              ROBERT C. HEINEMANN
                                                              Clerk of Court